# VINCENT J. LICATA, P.C.

225 BROADWAY, SUITE 3707
New York, New York 10007
TEL: (212) 349-6565
FAX: (212) 349-5781
EMAIL: lawoffice225@aol.com

June 10, 2021

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: USA v. Cassarino
Docket No.: 19-CT-442 (BMC)

Dear Judge Cogan,

    My office represents Primo Cassarino. Mr. Cassarino is presently released on a $200,000.00 secured appearance bond. His travel is limited to the Southern and eastern Districts of New York and he is required to abide by a no-contact list. To date, Mr. Cassarino has been compliant with all the terms and conditions of his release.

    At this time, it is respectfully requested that Mr. Cassarino be permitted to travel with his immediate family to Orlando, Florida from July 1, through July 8, 2021 in order to attend a dance contest for one of his children. During that time, he will be staying at the Dolphin Resort located at 1500 Epcot Resorts Boulevard, Lake Burns Vista, Florida 32830. All other terms and conditions of Mr. Cassarino's release will remain in effect.

    Both the government and pre-trial services have consent to this request.

Respectfully Yours,

Vincent J. Licata

Cc: AUSA Elizabeth Geddes (by ECF)
    USPSO Chijoke Ezenyilimba (by email)